**STATE OF MONTANA,**
  **Plaintiff,**                                 **Cause No.  ADC-05-026**
**vs.**                                          **Decision**
**JOE R. ALBRIGHT,**
  **Defendant,**

On May 26, 2006, the defendant was sentenced to twenty-five (25) years in the Montana State Prison, to run consecutive to any other sentence the Defendant is presently serving, for the offense of Failure of Sexual Offender to Provide Notice of Address Change, a felony, and Persistent Felony Offender status.

On November 3, 2006, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Melody Brown. The state was represented by Brant Light.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 3rd day of November, 2006.

DATED this 19th day of November, 2006.

Chairperson, Hon. John Whelan, Member, Hon. Randal I. Spaulding and Alt. Member, Hon. Kurt Krueger